FILED

03/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0346

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0346

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

STACY MICHAEL TRUJILLO,

      Defendant and Appellant.

## GRANT

      Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until April 8, 2020, to prepare, file, and serve the Appellant's reply brief.

      No further extensions will be granted.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 6 2020